## Commonwealth *v.* Sudduth, Appellant.

Before RIDGE, J. 

Argued November 15, 1974. *Carl Max Janavitz,* with him *Joseph G. Kanfoush,* and *Janavitz, Janavitz & Kanfoush,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Louis R. Paulick,* Assistant District Attorney, *John M. Tighe,* First Assistant District At-

torney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.